# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: REICHERT, JOANNE E | § Case No. 09-12621 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/24/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/11/2010            By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

Case 09-12621   Doc 24   Filed 08/20/10   Entered 08/20/10 16:31:36   Desc Main
                          Document      Page 2 of 5

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: REICHERT, JOANNE E | § | Case No. 09-12621 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 22,009.57 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 22,009.57 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 2,950.96 | $ 109.75 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,033.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP as Agent for Target | $ 5,587.83 | $ 1,245.19 |
| 2 | Chase Bank USA, N.A. | $ 31,510.91 | $ 7,021.86 |
| 3 | Chase Bank USA, N.A. | $ 1,590.28 | $ 354.38 |
| 4 | The Commercial Agency | $ 16,654.02 | $ 3,711.16 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 29,559.90 | $ 6,587.10 |
| 6 | GE Money Bank dba GAP | $ 130.92 | $ 29.17 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ckeith              Page 1 of 1            Date Rcvd: Apr 10, 2009
Case: 09-12621                 Form ID: b9a              Total Served: 18

The following entities were served by first class mail on Apr 12, 2009.
db           +Joanne E Reichert,    2651 Saltmeadow Road,    Naperville, IL 60564-4345
aty          +Edward P. Graham,    Law Offices of Edward P. Graham, Ltd.,    1112 S. Washington Street,
               Suite 212,    Naperville, IL 60540-7964
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13766168      Bank of America,    P.O. Box 15726,    Wilmington, DE 19886-5726
13766174      Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
13766173      Citibusiness A-Advantage Card,     P.O. Box 688915,    Des Moines, IA 50368-8915
13766179      J.C. Penney c/o GEMB,    P.O. Box 981131,    El Paso, TX 79998-1131
13766182     +James and Mary Lee Corolis,    1309 Woodlawn Avenue,    Glenview, Illinois 60025-2247
13766171      Sears Gold Master Card,    P.O. Box 183082,    Columbus, OH 43218-3082
13766169     +US Bank,    555 SW Oak,    Suite 220,    Portland, OR 97204-1767
13766180     +Wells Fargo Business Platinum,    P.O. Box 348750,    Sacremento, CA 95834-8750
13766170     +Wells Fargo Businessline,    P.O. Box 348750,    Sacramento, CA 95834-8750

The following entities were served by electronic transmission on Apr 10, 2009.
13766168      EDI: BANKAMER2.COM Apr 10 2009 19:48:00      Bank of America,    P.O. Box 15726,
               Wilmington, DE 19886-5726
13766178      EDI: HFC.COM Apr 10 2009 19:48:00      Carson, Pirie, Scott,    P.O. Box 17264,
               Baltimore, MD 21297-1264
13766177     +EDI: RMSC.COM Apr 10 2009 19:48:00      Gap,    P.O. Box 530942,    Atlanta, GA 30353-0942
13766176      EDI: CBSKOHLS.COM Apr 10 2009 19:48:00      Kohls,    P.O. Box 2983,    Milwaukee, WI 53201-2983
13766181      EDI: TSYS2.COM Apr 10 2009 19:48:00      Macy's,    P.O. Box 89195,    Des Moines, IA 50368-9195
13766171      EDI: SEARS.COM Apr 10 2009 19:48:00      Sears Gold Master Card,    P.O. Box 183082,
               Columbus, OH 43218-3082
13766172      EDI: WTRRNBANK.COM Apr 10 2009 19:48:00      Target National Bank,    P.O. Box 59317,
               Minneapolis, MN 55459-0317
13766169     +EDI: USBANKARS.COM Apr 10 2009 19:48:00      US Bank,    555 SW Oak,    Suite 220,
               Portland, OR 97204-1767
13766167      EDI: CHASE.COM Apr 10 2009 19:53:00      United Mileage Plus VISA/Chase,    P.O. Box 15153,
               Wilmington, DE 19886-5153
13766170     +EDI: WFFC.COM Apr 10 2009 19:48:00      Wells Fargo Businessline,    P.O. Box 348750,
               Sacramento, CA 95834-8750
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13766175*     Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 12, 2009                      Signature:     _Joseph Speetjens_